Elizabeth Garfinkle, SBN 228536
Law Office of Elizabeth Garfinkle
P.O. Box 13172
Oakland, CA 94661
510-501-0542
lizgarfinkle@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL ANTHONY LEBOEUF,<br><br>          Defendant. | No. 19-CR-00209 PJH<br><br>SECOND STIPULATED BRIEFING SCHEDULE FOR DEFENDANT'S SUPPLEMENTAL MOTION; [PROPOSED] ORDER THEREON |

On May 18, 2022, Defendant Michael Anthony LeBoeuf's *pro se* compassionate-release motion, seeking a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), was filed in this Court. Docket No. 60. The Government filed an opposition to the motion on June 1. No. 62. This Court appointed undersigned counsel, Elizabeth Garfinkle, pursuant to the Criminal Justice Act on June 2, 2022, "for the limited purpose of assessing eligibility for reduction of sentence and filing of compassionate release motion under the First Step Act." No. 64.

On June 17 and July 18, 2022, this Court granted the parties' stipulated requests for a total of 59 days to meet and confer to set a briefing schedule. Nos. 65, 66, 67, 68. Counsel met and conferred and agreed to the current briefing schedule, with the motion due on September 29, 2022. However, the schedule must be modified due to delays in obtaining requested information from BOP Lompoc and Mr. LeBoeuf, and other schedule complications. Counsel have met and conferred again and agreed to the following briefing schedule:

Defendant's supplemental motion will be filed by **October 12, 2022**; the Government's response will be filed by **November 9, 2022**; and the Defendant's reply will be filed by **November 23, 2022**.

The additionally-requested time is needed to ensure adequate time to obtain records and documents from the B.O.P. and Mr. LeBoeuf, while cognizant of potential delays around federal mail holidays.

Date: September 27, 2022        Respectfully submitted,

_____/s/_____
ELIZABETH GARFINKLE
Attorney for Michael Anthony LeBoeuf

Date: September 27, 2022        Respectfully submitted,

_____/s/_____
JONATHAN LEE
Assistant United States Attorney

# [PROPOSED] ORDER

Based upon the statement of the parties, and good cause appearing, IT IS HEREBY ORDERED that the parties' proposed briefing schedule is adopted. Defendant's supplemental motion shall be filed by **October 12, 2022**; the Government's response shall be filed by **November 9, 2022**; and the Defendant's reply shall be filed by **November 23, 2022**.

IT IS SO ORDERED.

Dated: September 28, 2022

_____
HONORABLE PHYLLIS J. HAMILTON
United States District Court Judge